Dennis HYMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 59962.

Missouri Court of Appeals,
Western District.

March 12, 2002.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., NEWTON and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Appellant's Rule 29.15 motion was in part sustained and in part denied after evidentiary hearing. He appeals the one point that was denied which alleged that counsel was deficient in failing to adequately cross examine the investigating police officer. Affirmed. Rule 84.16(b).